# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 29, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application granted. The conference currently set for March 6, 2024, is hereby adjourned to April 30, 2024, at 10:30 AM.
>
> The Clerk of Court is directed to terminate Dkt. 9.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: February 29, 2024

Re:   *Bishop v. Saint Augustine's University,*
       Case No.: 1:23-cv-10954

Dear Judge Subramanian,

The undersigned represents Cedric Bishop, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Saint Augustine's University, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 6, 2024, at 10:00 AM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet appeared. This request will grant ample time for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. Additionally, the undersigned respectfully requests that the time for the Defendant to Answer the Complaint be extended until Monday, April 29, 2024, so that the Defendant has ample opportunity to appear and defend themselves in this Action. This is the Plaintiff's first request for an extension.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.