UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, *On Behalf Of Himself And All Other Persons Similarly Situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>SAINT AUGUSTINES UNIVERSITY,<br><br>                              Defendant. | 23-CV-10954 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Because the defendant has not yet appeared in this case, the conference currently set for April 30, 2024, is hereby CANCELED.

   SO ORDERED.

Dated: April 25, 2024
       New York, New York

                                            _____
                                               ARUN SUBRAMANIAN
                                            United States District Judge